NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DONTARIUS MARQUIS SINGLETON, )
)
      Appellant, )
)
v. )    Case No. 2D16-4003
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed September 21, 2018.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Dontarius Marquis Singleton, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.


KHOUZAM, LUCAS, and ATKINSON, JJ., Concur.